**No. 54747.**—Amtorg Trading Corp. et al. *v.* United States, protests 144658–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54748.**—Donmore Metals, Inc. *v.* United States, protest 154561–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54749.**—The L. Buchman Co., Inc. *v.* United States, protests 157944–K (B) and 157944–K (C) (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 13, 1950

**No. 54750.**—SUIT 4622.—United States *v.* Paul Pankey and Company.— Abstract 52919 reversed February 2, 1950, without approving the collector's classification. C. A. D. 429.